IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CONFERENCE AMERICA, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:11cv1048-MHT |
| | ) | (WO) |
| ALVAREZ & MARSAL HOLDINGS, LLC, | ) | |
| | ) | |
| | ) | |
|     Defendant. | ) | |

## JUDGMENT

Pursuant to the notice of voluntary dismissal (doc. no. 9), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of December, 2011.

                            /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**